JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELLINOR R. CODER
Special Assistant United States Attorney
CA State Bar No.: 258258
  Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (510) 970-4814
Fax: (415) 744-0134
E-mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant
KILOLO KIJAKAZI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GONZALES,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 5:21-cv-00032-SP<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Acting

1 | Commissioner of Social Security for further proceedings consistent with the
2 | Stipulation to Remand.

4 | DATED: August 27, 2021

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE